IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY L. SMITH, *et al.*,                        *

           Plaintiffs                   *

                                  *

v.                                                 *    Civil No. CCB-98-860

BARRETT ENCLOSURES, INC.,                          *
*et al.*,                                          *

           Defendants.                   *

         * * * * * *

\_\_\_\_\_ FILED    \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED  \_\_\_\_\_ RECEIVED

OCT 0 1 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**ORDER**

    UPON CONSIDERATION of the Status Report and Motion for Extension of Time

filed on behalf of all parties of the captioned matter, it is this 1ˢᵗ day of \_\_\_October\_\_\_ 1999,

by the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND,

hereby

    ORDERED that all additional dates in the pending litigation be extended for a period of

one month for allowing the parties to complete the written settlement agreement; and it is

further

    ORDERED, that on or before October 29, 1999, the parties shall submit a Motion to

Dismiss or a status report detailing the efforts of the parties toward concluding the litigation.

Oct 1, 1999
_____
Date

_____
Catherine C. Blake
United States District Judge