IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY L. SMITH, et al.,

        Plaintiffs

v.

BARRETT ENCLOSURES, INC.,
et al.,

        Defendants.

Civil No. CCB-98-860

FILED _____ ENTERED
LODGED _____ RECEIVED
NOV 0 2 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

UPON CONSIDERATION of the Status Report and Motion for Extension of Time filed on behalf of all parties of the captioned matter, it is this 2nd day of November, 1999, by the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, hereby

ORDERED that all additional dates in the pending litigation be extended for a period of one month for allowing the parties to complete the written settlement agreement; and it is further

ORDERED, that on or before November 29, 1999, the parties shall submit a Motion to Dismiss or a status report detailing the efforts of the parties toward concluding the litigation.

11/2/99
Date

Catherine C. Blake
United States District Judge