IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY L. SMITH, et al.,         *
                                  *
          Plaintiffs              *
                                  *
     v.                           *     Civil No. CCB-98-860
                                  *
BARRETT ENCLOSURES, INC.,         *
et al.,                           *
                                  *
          Defendants.             *
          * * * * * *

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
JAN 0 4 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

UPON CONSIDERATION of the Status Report and Motion for Extension of Time filed on behalf of all parties of the captioned matter, it is this ___ day of January, 2000, by the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, hereby

ORDERED that all additional dates in the pending litigation be extended for a period of one month for allowing the parties to complete the final settlement agreement; and it is further

ORDERED, that on or before January 31, 2000, the parties shall submit a Motion to Dismiss or a status report detailing the efforts of the parties toward concluding the litigation.

_____          _____
Date                             Catherine C. Blake
                                 United States District Judge