IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY L. SMITH, et al.,              *
                                       *
        Plaintiffs                     *
                                       *
v.                                     *       Civil No. CCB-98-860
                                       *
BARRETT ENCLOSURES, INC.,              *
et al.,                                *
                                       *
        Defendants.                    *
                    * * * * * *

## STATUS REPORT AND REQUEST FOR EXTENSION OF TIME

The Plaintiffs and Defendant Barrett Enclosures have reached a tentative settlement for terminating the present litigation. Plaintiffs are currently preparing a motion to dismiss the litigation with prejudice, which will be filed with the Court within the next two weeks. Accordingly, the parties request an additional two weeks for allowing Plaintiffs additional time to file the aforesaid motion.

Counsel for Defendants consents to Plaintiffs request for additional time.

Favorable action on the motion is respectfully requested.

DATED this 1st day of February 2000.

Respectfully submitted,

Terry E. Clark, Esq.
Donald J. Daley, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 500 East
Falls Church, VA 22042-0747

Steven R. Freeman, Esq.
Federal Bar No.: 02927
FREEMAN, WOLFE & GREENBAUM, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204
(410) 321-8400

Counsel for Plaintiffs

Vicki Margolis
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978

Ramsey M. Al-Salam
Perkins Coie, LLP
1201 Third Ave., Suite 4300
Seattle, WA 98101-3099

Attorneys for Defendants

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY L. SMITH, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil No. CCB-98-860 |
| BARRETT ENCLOSURES, INC., *et al.*, | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 1st DAY OF February, 2000, a copy of this Status Report and Request for Extension of Time was sent by facsimile and first-class mail, postage prepaid, to:

Vicki Margolis
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978

Ramsey M. Al-Salam
Perkins, Coie, LLP
1201 Third Ave., Suite 4800
Seattle, WA 98101-3099

BIRCH, STEWART, KOLASCH & BIRCH, LLP

By: _____
Terry L. Clark, Esq.
Donald J. Daley, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8101 Gatehouse Road, Suite 500 East
Falls Church, VA 22042-0747

Steven R. Freeman, Esq.
Federal Bar No.: 02927
FREEMAN, WOLFE & GREENBAUM, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204
(410) 321-8400

Attorneys for Plaintiffs,
Clearview and Jeffrey L. Smith