IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 0 7 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY L. SMITH, et al., | * |
| Plaintiffs | * |
| v. | * Civil No. CCB-98-860 |
| BARRETT ENCLOSURES, INC., et al., | * |
| Defendants. | * |

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for all parties hereto subject to the approval of the Court, as follows:

1. All claims presented by the complaint and all the counterclaims herein shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or her own costs and attorneys' fees.

Favorable action is respectfully requested.

Dated: 3/7 , 2000

Terry L. Clark, Esq.
Donald J. Daley, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 500 East
Falls Church, VA 22042-0747

Counsel for Plaintiffs Jeffrey Smith and Clearview Co., Inc.

Approved
/s/ CCB
USDJ 3-8-2000

MICROFILMED
MAR - 9 2000

_[signature]_
Ramsey M. Al-Salam
Perkins Coie, LLP
1201 Third Ave., Suite 4300
Seattle, WA 98101-3099

Counsel for Defendants Barrett Enclosures, Inc.; Canvas Experts, Inc.; Sandpiper Marine Canvas, Inc.; Steve Halley, d/b/a Creative Canvas Design; and Jack Sauder.

So Ordered:

_____
Catherine C. Blake
United States District Judge

Dated: _____, 2000